UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
QED, LLC, and RONALD J. FRIEDMAN, solely
in his capacity as Chapter 11 Trustee of Debtor
Level Solar, Inc.,

                              Plaintiffs,
      -against-                                      20 **CIVIL** 2767 (VEC)

                                                    **JUDGMENT**

FABER DAEUFER & ITRATO, P.C., KENNETH
ITRATO and DAVID NICOLAISEN,

                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated February 22, 2021, Defendants' motion to take judicial notice is DENIED. Defendants' motion to dismiss is GRANTED. This case is DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York

        February 23, 2021

                                                 **RUBY J. KRAJICK**
                                                     Clerk of Court
                             **BY:**
                                                    **Deputy Clerk**